# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

TAMPA PALMS PROFESSIONAL
CENTER, LTD.,

Appellant,

v.

BARRY INSURANCE, INC. d/b/a
GREAT FLORIDA INSURANCE,

Appellee.

No. 2D23-1725

———————————————

March 1, 2024

Appeal from the County Court for Hillsborough County; Matthew A. Smith, Judge.

Jacob Z. Coates and Marie A. Borland of Hill, Ward & Henderson, P.A., Tampa, for Appellant.

George Harder of Harder Law, Lutz, for Appellee.

PER CURIAM.

　　　Affirmed.

SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.